IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW KALEBAUGH | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-cv-2288 KHV/DJW |
| BERMAN & RABIN, P.A. | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 47 U.S.C. § 227 and 15 U.S.C. § 1692, Defendant Berman & Rabin, P.A., hereby gives notice of removal of this cause of action, under the caption *Matthew Kalebaugh v. Berman & Rabin, P.A.*, from the Twenty-Ninth Judicial District, Wyandotte County, State of Kansas ("State Court Action") to the United States District Court for the District of Kansas. In support of removal, Defendant Berman & Rabin, P.A. ("Defendant"), by and through its attorneys, states as follows:

1. On or about May 28, 2013, Defendant received a copy of Plaintiff's Complaint. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto as **Exhibit A**.

2. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within 30 days after Defendant's receipt of the Complaint.

3. Plaintiff's Complaint purports to set forth a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692.

4.      This action may be removed by Defendant pursuant to 28 U.S.C. § 1441(b) because it presents a federal question and this Court has original federal question jurisdiction as set forth in 28 U.S.C. § 1331.

5.      Concurrent with the filing of this Notice of Removal, written notice of its filing is being served pursuant to 28 U.S.C. § 1446(d) upon Plaintiff's counsel, and a true and accurate copy of this Notice of Removal is also being filed with the Clerk of the Twenty-Ninth Judicial District, Wyandotte County as required.

6.      By filing this Notice of Removal, Defendant does not make any admission of fact, law or liability, and expressly reserves all defenses and motions otherwise available to it.

7.      Designation of place of trial is Kansas City.

WHEREFORE, Defendant requests that further proceedings in the Twenty-Ninth Judicial District, Wyandotte County, State of Kansas be discontinued and that this action be removed in its entirety to the United States District Court for the District of Kansas, which will then assume full jurisdiction over this cause of action.

Respectfully submitted,

BERMAN & RABIN, P.A.

　/s/Benjamin N. Hutnick　　
Benjamin N. Hutnick #23666
Rachel B. Ommerman #21868
15280 Metcalf Ave.
Overland Park, KS 66223
T: 913/649-1555
F: 913/652-9474
bhutnick@bermanrabin.com
rommerman@bermanrabin.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was mailed this 14th day of June, 2013, first class postage prepaid to:

A.J. Stecklein
Michael H. Rapp
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, KS  66101
*Attorneys for Plaintiff*

 /s/ Benjamin N. Hutnick
Attorney for Defendant