# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JESSIE L. RAY,

                                    Plaintiff,

                                                        Case No. 13-2289-CM-KH

vs.

BERMAN & RABIN P.A.,

                                    Defendant.

---

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

      Plaintiff, pursuant to Fed. R.Civ. P. 56, moves the Court for summary judgment against Defendant and refers the Court to the Memorandum in Support of its summary judgment request, filed contemporaneously herewith.

                        Respectfully submitted,


                    By: /s/ A.J. Stecklein
                    A.J. Stecklein #16330
                    Michael H. Rapp #25702
                    Consumer Legal Clinic LLC
                    748 Ann Avenue
                    Kansas City, Kansas 66101
                    Telephone:  913-371-0727
                    Facsimile:  913-371-0147
                    Email: AJ@KCconsumerlawyer.com
                          MR@KCconsumerlawyer.com
                    Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2013, I caused to be filed with the court clerk's electronic filing system a copy of the above and foregoing, which will automatically generate notification of filing to:

Rachel B. Ommerman
Berman & Rabin PA
15280 Metcalf Avenue
Overland Park, Kansas 66223
Telephone:  913-777-7136
Facsimile:  913-652-9474
Email:  rommerman@bermanrabin.com
Attorney for Defendant

/s/ A.J. Stecklein_____
A.J. Stecklein #16330