IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| MATTHEW KALEBAUGH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13-CV-2288-KHV-DJW |
| v. | ) | |
| | ) | |
| BERMAN & RABIN, P.A. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| JESSIE L. RAY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BERMAN & RABIN, P.A. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Berman & Rabin, P.A. (B&R) by and through its attorney, pursuant to FED. R. CIV. P. 56, and moves this Court to grant its motion for summary judgment against Plaintiff Kalebaugh on all claims. For the reasons set forth in B&R's accompanying Memorandum in Support of its Motion for Summary Judgment, filed contemporaneously herewith, which B&R adopts and incorporates herein, B&R is entitled to, and requests, summary judgment in its favor and against Plaintiff Kalebaugh.

**WHEREFORE**, B&R requests that the Court grant its Motion for Summary

1

Judgment; that the costs of this action be assessed against Plaintiff; and for such other and further relief as the Court deems just and equitable.

BERMAN & RABIN, P.A.

/s/ Rachel Ommerman
Rachel B. Ommerman #21868
15280 Metcalf
Overland Park, Kansas  66223
Phone (913) 649-1555
Fax   (913) 652-9474
E-mail: rommerman@bermanrabin.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2013, I electronically filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to A.J. Stecklein at aj@kcconsumerlawyer.com, counsel for Plaintiff.

A.J. Stecklein
Michael H. Rapp
Consumer Legal Clinic, LLC
748 Ann Avenue
Kansas City, KS  66101
AJ@KCconsumerlawyer.com
ATTORNEY FOR PLAINTIFF

/s/ Rachel Ommerman
_____
Rachel Ommerman
